TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00514-CV

Alice Weather, Appellant

v.

Wheeler Coatings Asphalt, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 99-00023, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

 This court by letter dated November 20, 2000, questioned whether the filing of
appellate cause number 03-00-00660-CV mooted the appeal previously filed in cause number 03-00-00514-CV. The parties agree that 00-514 should be dismissed and the appeal in 00-660 should
continue. Accordingly, we dismiss the appeal in cause number 03-00-00514-CV as moot.

Before Justices Jones, Kidd and Yeakel

Dismissed as Moot

Filed: December 7, 2000

Do Not Publish